(March 29, 1971)

In the Matter of ALBERT A. SHELTON, for Reinstatement to the Bar.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.